UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW SILVERMAN, and AMANDA LISCHKE on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MY FINANCIAL SOLUTIONS, LLC, MIRABELLA GROUP, INC. d/b/a FIVE MARKETING GROUP, and ANGELA MIRABELLA,<br><br>*Defendants*. | Civil Action No.: 1:19-cv-10477-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel Jamey R. Campellone and Stephanie L. Varela from the law firm of Greenspoon Marder, LLP, and Stephen D. Riden and Hannah Joseph from the law firm of Beck Reed Riden LLP, hereby notify this Court that, as of October 4, 2019, <u>after this case was closed</u> on September 30, 2019 (Dkt. #43), they terminated their representation of Defendants My Financial Solutions, LLC, Mirabella Group, Inc. d/b/a Five Marketing Group, and Angela Mirabella, and should be removed as counsel of record on this case.[1]  All correspondence related to this matter should be sent to the Defendants at the addresses provided below in the Certificate of Service going forward.

WHEREFORE, undersigned counsel respectfully withdraw as counsel for Defendants in this matter and cease to act on behalf of such Defendants.

---

[1] Plaintiff's counsel was informed on October 4, 2019, that all undersigned counsel were no longer representing any of the Defendants in this matter and have no role as counsel on their behalf.

*Notice of Withdrawal*
Case No.: 1:19-cv-10477-WGY

Dated: October 11, 2019.    Respectfully submitted,

By: */s/ Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Hannah Joseph, BBO No. 688132
Email: sriden@beckreed.com
Email: hjoseph@beckreed.com
**BECK REED RIDEN LLP**
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Tel: 617-500-8672
Fax: 617-500-8665

-and-

JAMEY R. CAMPELLONE
Fla. Bar. No. 119861
jamey.campellone@gmlaw.com
*Admitted Pro Hac Vice*
STEPHANIE L. VARELA
Fla. Bar No. 70989
*Admitted Pro Hac Vice*
Email: stephanie.varela@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
*Attorneys for Defendants*

*Notice of Withdrawal*
Case No.: 1:19-cv-10477-WGY

# **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants October 11, 2019.

I also certify that, on October 11, 2019, this document will be sent to the parties listed below via e-mail and regular U.S. Mail.

My Financial Solutions, LLC
 c/o Angela Mirabella
20271 SW Acacia Street
Newport Beach, California 92660
angela@fivemarketinggroup.com

Mirabella Group, Inc. d/b/a Five Marketing Group
 c/o Angela Mirabella
20271 SW Acacia Street
Newport Beach, California 92660
angela@fivemarketinggroup.com

Angela Mirabella
20271 SW Acacia Street
Newport Beach, California 92660
angela@fivemarketinggroup.com

By: */s/ Stephen D. Riden*
Stephen D. Riden